**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILMER JOSUE COLMENARES-MEDINA,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br>**NO. 26-7732** |

**O R D E R**

**AND NOW**, this 8th day of October, 2026, upon consideration of the Verified Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.
2. Respondents shall file and serve a response on or before **October 13, 2026**.[1]
3. The Court grants Petitioner leave to file a reply no later than **October 19, 2026**.
4. Petitioner shall file a certificate of service verifying that the Petition has been served on Respondents **on or before 5:00 p.m. on October 13, 2026**.[2]

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

---

1 The Court expects that Respondents' filing shall include the basis for Petitioner's detention and the status of any bond hearing. Furthermore, the filing shall include any Form I-286, Notice to Appear, Notice of Custody Determination, or arrest warrant that may have been issued as to Petitioner's present arrest and detention.

2 Service of the Petition through the CM/ECF docketing system is insufficient where neither Respondents nor their counsel have yet entered an appearance and, therefore, have not yet consented to electronic service in this matter. Further, anticipatory service does not satisfy the Certificate of Service requirement under Local Rule 7(b).