**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILMER JOSUE COLMENARES-MEDINA,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, JOHN E. RIFE, MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br>**NO. 26-7732** |

**O R D E R**

**AND NOW**, this 19th day of October, 2026, upon consideration of the Court's October 8, 2026 Order granting leave for Petitioner to file a reply (ECF No. 2) in support of the Verified Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1) and Petitioner's unopposed request for an extension of time to file a reply, it is hereby **ORDERED** that the extension is **GRANTED**. Petitioner shall file a reply in support of the Petition on or before **October 20, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

______________________________
**HODGE, KELLEY B., J.**